**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    GREGORY HUNT,
10          Plaintiff,                          No. C 05-05364 JSW
11     v.
12   ELAINE CHAO, Secretary U.S. Department of    **ORDER RE DEFENDANT'S**
     Labor,                                       **MOTION TO DISMISS**
13
          Defendant.
14   _____/
15
16          Defendant filed a motion to dismiss Plaintiff's tort claim based on lack of subject matter

17   jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Defendant's motion is set to

18   be heard on June 30, 2006. On June 23, 2006, Plaintiff moved to voluntarily dismiss his tort

19   claim. The Court finds the present motions appropriate for decision without oral argument and

20   hereby VACATES the hearing set for June 30, 2006. *See* Civil L.R. 7-1(b). The Court

21   HEREBY GRANTS both Defendant's and Plaintiff's motion to dismiss Plaintiff's tort claim.

22          **IT IS SO ORDERED.**

23

24   Dated: June 27, 2006                        _____
25                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
26
27
28