IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HUNT,<br><br>       Plaintiff,<br><br>   v.<br><br>ELAINE CHAO, Secretary U.S. Department of Labor,<br><br>       Defendant. | No. C 05-05364 JSW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

This matter came before the Court for a further case management conference on Friday, October 12, 2007.  On August 8, 2007, this Court issued an Order continuing the further case management conference to October 12, 2007.  Plaintiff failed to appear for that case management conference.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than, as to why this case should not be dismissed for failure to prosecute.  Failure to respond to this Order by **October 26, 2007** shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: October 15, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HUNT,

        Plaintiff,

  v.

CHAO et al,

        Defendant.

Case Number: CV05-05364 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ellen FitzGerald
United States Attorney's Office
Civil Division
450 Golden Gate Avenue, 9th Floor
P.O. Box 36055
San Francisco, CA 94102-3495

Gregory Hunt
1907 108th Avneue
Oakland, CA 94603

Dated: October 15, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk