| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | ELLEN M. FITZGERALD (NY 240885)<br>Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, California 94102-3495 |
| 5 | Telephone: (415) 436-7314<br>Facsimile: (415) 436-6748 |
| 6 | Email: ellen.fitzgerald@usdoj.gov |
| 7 | Attorneys for Defendant |

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GREGORY HUNT,

        Plaintiff,

        v.

ELAINE CHAO, SECRETARY,
UNITED STATES DEPARTMENT
OF LABOR,

        Defendant.

No. C 05-05364 JSW

**STIPULATION AND JOINT MOTION TO EXTEND DEADLINES FOR SERVICE OF MOTIONS IN LIMINE AND FILING OF JOINT PROPOSED PRETRIAL ORDER**

Subject to this Court's approval, plaintiff pro se, Gregory Hunt, and defendant, Elaine Chao, Secretary of the U.S. Department of Labor, hereby stipulate and agree to continue the deadlines for service of motions in limine and filing of the joint proposed pretrial order until after the Court has issued its decision with respect to defendant's pending motion for summary judgment.

This is an action for alleged disability discrimination in violation of the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq. On or about June 12, 2008, defendant served a timely motion for summary judgment. On or about June 30, 2008, plaintiff filed a motion for a

1  continuance of the time in which to serve his opposition to defendant's motion. By order dated
2  July 1, 2008, the Court granted plaintiff's motion for a continuance and re-set the hearing date
3  for defendant's motion for 9:00 a.m. on Friday, August 29, 2008.

4      The trial of this action is set to begin on October 14, 2008. The final pretrial conference
5  is scheduled for September 22, 2008. Motions in limine must be served no later than August 22,
6  2008, and the joint proposed final pretrial order must be filed by September 8, 2008.

7      Because defendant's summary judgment motion is still pending, and the Court will not
8  hear oral argument until August 29, 2008, the parties jointly request that the Court extend the
9  August 22, 2008, deadline for service of motions in limine and the September 8, 2008, deadline
10 for filing of the joint proposed pretrial order until such time as the Court has issued its decision
11 on defendant's motion. This extension will allow the parties to more efficiently prepare their
12 submissions because the Court's decision will determine what, if any, claims remain for trial.

13 **IT IS SO STIPULATED.**

14                           Respectfully submitted,

15 Dated: August 19, 2008             GREGORY HUNT
16                                         Plaintiff Pro Se

17
18                                 By:       /s/
                                              GREGORY HUNT

19
20 Dated: August 19, 2008             JOSEPH P. RUSSONIELLO
                                        United States Attorney

21
22                                 By:       /s/
                                              ELLEN M. FITZGERALD
23                                               Assistant United States Attorney
                                              Attorney for Defendant

24 //
25 //
26 //
27 //
28

**APPROVED AND SO ORDERED.**

The Court hereby extends the deadline for service of motions in limine and filing of the joint proposed pretrial order until a date to be determined after the Court issues its decision on defendant's pending motion for summary judgment.

DATED: AUG 2 1 2008

HON. JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HUNT,

        Plaintiff,

v.

CHAO et al,

        Defendant.

Case Number: CV05-05364 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Hunt
1907 108th Avneue
Oakland, CA 94603

Dated: August 21, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk